**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

SERGES JACQUES DESCENT,

    Petitioner

v.                                              CASE NO. 8:03-CV-2658-T-30TBM
                                                                                 8:00-CR-186-T-30TBM

UNITED STATES OF AMERICA,

    Respondent.
_____/

**O R D E R**

This matter comes before the Court for consideration of Petitioner's Motion to Withdraw Amended Section 2255 Motion Filed Feb. 19, 2004 [and] Motion for an Order Closing the Instant Case (Dkt. 30). Rule 41 provides, in pertinent part, that "an action may be dismissed by the [petitioner] without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." Rule 41(a)(1), Fed. R. Civ. P.

A responsive pleading has, however, been filed in these proceedings. Accordingly, Petitioner must secure leave of the Court to dismiss his § 2255 motion. *See* Fed. R. Civ. P. 41(a)(2) ("[A]n action shall not be dismissed at the [petitioner's] instance save upon order of the court and upon such terms and conditions as the court deems proper.").

Petitioner states that he has been informed that he is eligible to apply for a "treaty transfer" under a bilateral agreement between the United States and Canada. *See* Treaty Between the United States of America and Canada on the Execution of Penal Sentences, 30 U.S.T. 6273, T.I.A.S. No. 9552 (July 19, 1977); 18 U.S.C. § 4100-4115. Petitioner states that he has been advised, however, that if he has anything pending in this case, his

application for a treaty transfer will be automatically denied. Thus, Petitioner requests leave to withdraw his amended § 2255 motion and entry of an order closing this case. The Court finds that good cause exists to grant Petitioner's motion pursuant to Fed. R. Civ. P. 41(a)(2).

Accordingly, the Court **ORDERS** that:

1. The Motion to Withdraw Amended Section 2255 Motion Filed Feb. 19, 2004 [and] Motion for an Order Closing the Instant Case **(Dkt. 30)** are **GRANTED**. Petitioner's amended motion to vacate, set aside or correct an allegedly illegal sentence (CV Dkt. 10) is **DISMISSED** pursuant to Fed. R. Civ. P. 41(a)(2).[1]

2. The **Clerk** shall enter judgment against Petitioner, terminate any pending motions, and close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 28, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

SA:jsh

---

[1] The dismissal under Fed. R. Civ. P. 41(a)(2) does not excuse Petitioner from the one-year period of limitation for filing a motion for collateral relief under 28 U.S.C. § 2255.